IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,    *
                             *
v.                           *     CR 405-059
                             *     CV 413-121
MARTIN BRADLEY, III          *

**O R D E R**

Before the Court is Defendant Martin Bradley, III's unopposed motion for extension of time. (Doc. 1600.) Therein, Defendant Bradley, III requests an extension of time, through January 10, 2018, for all responding parties to file their response(s) to the motion of William R. Schroeder, Substitute Receiver, requesting permission to destroy all documents and records pertaining to the receivership. (Id.) Counsel for Defendant Bradley, III represents that the Government and Substitute Receiver's respective counsel do not oppose the relief presently requested. (Id.) Upon due consideration, the Court **GRANTS** Defendant Bradley, III's motion (doc. 1600) and provides that all parties who intend to file a response **SHALL** file their response(s) to the Substitute Receiver's motion for permission to destroy (doc. 1585) **on or before January 10, 2018.**

**ORDER ENTERED** at Augusta, Georgia, this 26th day of December, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA