**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CR 405-059 |
| | * | CV 413-121 |
| MARTIN BRADLEY, III | * | |

**O R D E R**

Before the Court is Defendant Martin Bradley, III's motion to withdraw request for inventory and for other relief. (Doc. 1610.) On December 8, 2017, William R. Schroeder, the Substitute Receiver, filed a motion wherein he requested permission to destroy all documents and records pertaining to the receivership. (Doc. 1585.) On December 21, 2017, Defendant Bradley, III filed an unopposed motion to extend the deadline for all responding parties to respond to the Substitute Receiver's motion through January 10, 2018, which the Court granted on December 26, 2017. (Docs. 1600, 1603.) On January 10, 2018, Defendant Bradley, III filed a response to the Substitute Receiver's motion, wherein he requested that the Court compel the Substitute Receiver "to prepare an inventory . . . of [the] documents that it seeks to destroy so that a determination could be made whether any of [Defendant] Bradley, III's documents are contained therein and, if so, the nature of any such documents." (Doc. 1606, ¶ 5 ("Only upon a review of

this inventory, will [Defendant] Bradley, III be in a position to respond adequately to the Substitute Receiver's motion.").) On January 17, 2018, the Substitute Receiver provided Defendant Bradley, III with "an inventory of the documents and records that the Substitute Receiver seeks to destroy." (Doc. 1610, ¶ 5.) Accordingly, Defendant Bradley, III now withdraws his request that the Court compel the Substitute Receiver to prepare an inventory of the documents and records it seeks to destroy. (Id. ¶¶ 6, 9.) Further, he requests that he be allowed to file a substantive response to the Substitute Receiver's motion to destroy. (Id. ¶ 9.) The Substitute Receiver consents to the relief presently requested by Defendant Bradley, III. (Id. ¶ 8.)

Upon due consideration, the Court **GRANTS** Defendant Bradley, III's motion (doc. 1610) and provides that he **SHALL** file his forthcoming response to the Substitute Receiver's motion to destroy **on or before February 2, 2018**.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of January, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2