IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARTIN J. BRADLEY, III,         *
                                *
     Plaintiff,                 *
                                *
     v.                         *   CV 413-121
                                *
UNITED STATES OF AMERICA,       *
                                *
     Defendant.                 *

O R D E R

Plaintiff filed this suit under 28 U.S.C. § 2255 "to vacate or set aside his convictions, and/or vacate set aside and/or correct his sentence" in criminal case 405-059. (Mot. to Vacate, Doc. 1, at 2.) On December 11, 2017, Plaintiff was re-sentenced in criminal case 405-059. (See CR 405-059, Doc. 1597.) On March 24, 2020, counsel for Plaintiff informed the Undersigned's Courtroom Deputy Clerk that, as a result of Plaintiff's re-sentencing, this civil case can be closed. Pending receipt of Plaintiff's dismissal, the Court **ADMINISTRATIVELY CLOSES** this case for statistical purposes only.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of March, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA